**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Saul O. Moran

**Case/AP Number** 19-10386 **-FJB**
**Chapter** 13

#62 Trustee's Objection to Confirmation of Plan with certificate of service (RE: [56] Amended Chapter 13 Plan filed by Debtor Saul O. Moran). (Bankowski-13-12, Carolyn)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The objecting party shall file a certificate of conference on or before August 7, 2019.  See MLBR, Appendix 1, Rule 13-8(d) and (e).

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 07/18/2019
Frank J. Bailey
United States Bankruptcy Judge